GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant U.S. Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
_____ RECEIVED _____ COPY

SEP 24 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>vs.<br><br>Sebastian Ramos-Avila,<br><br>              Defendant. | No. CR-24-1587-PHX-MTL (DMF)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. § 924(a)(1)(A)<br>       (False Statement During the<br>       Purchase of a Firearm)<br>       Count 1<br><br>       18 U.S.C. §§ 924(d) and 981;<br>       21 U.S.C. §§ 853 and 881; and<br>       28 U.S.C. § 2461(c)<br>       (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about between June 23, 2023, and June 27, 2023, in the District of Arizona, Defendant SEBASTIAN RAMOS-AVILA knowingly made a false statement and representation to Blou Creations, LLC, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business, in that Defendant SEBASTIAN RAMOS-AVILA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Form 4473, Firearms Transaction Record, stating that Defendant SEBASTIAN RAMOS-AVILA resided at an

address on W. Virginia Ave. in Phoenix, Arizona, whereas in truth and fact, Defendant SEBASTIAN RAMOS-AVILA knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Count 1 of this Indictment, defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any of defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property defendant is liable, including, but not limited to, the following property involved and used in the offense:

FN, M249S, 5.56 caliber, SAW, Serial Number M249SA06646.

If any of the above-described forfeitable property, as a result of any act or omission of defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

//

//

- 2 -

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date:  September 24, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
JACQUELINE SCHESNOL
Assistant U.S. Attorney

- 3 -